UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:00CR263(JCH) |
| | : | |
| | : | v. |
| : | | |
| | : | |
| DAVID M. BURDEN | : | |
| (a/k/a David "DMX" Burden) | : | JANUARY 31, 2006 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Stephen B. Reynolds, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On **Thursday**, **February 23, 2006** at **2:00 p.m.**, there will come before the Honorable Janet C. Hall, United States District Judge, at Bridgeport, Connecticut, the criminal case of United States v. David M. Burden, Number 3:00CR263(JCH) for a resentencing proceeding pursuant to United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

2. That the said DAVID M. BURDEN (a/k/a "David "DMX" Burden" a/k/a David "Grady" Burden, Inmate Register #14231-014, DOB 10/07/1971), is a prisoner in the custody of the Federal Bureau of Prisons and is now confined at Otisville FCI, Federal Correctional Institution, Two Mile Drive, Otisville, New York, 10963.

3. That the said DAVID M. BURDEN should be presented before said District Court of the United States, District of Connecticut, at said time and place for the proceeding, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, FCI Otisville, Otisville, New York, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said DAVID M. BURDEN at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, FCI OTISVILLE OTISVILLE, NEW YORK, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of DAVID M. BURDEN (a/k/a "David "DMX" Burden" a/k/a David "Grady" Burden, Inmate Register #14231-014, DOB 10/07/1971), now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said DAVID M. BURDEN before the Honorable Janet C. Hall, United States District Judge, United States District Court, District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Thursday, February 23, 2006 at 2:00 p.m. for a resentencing proceeding pursuant to United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), or from time to time thereafter as the case of United States v. David M. Burden, Docket Number 3:00CR263(JCH) may be adjourned to.

_____
CLERK
UNITED STATES DISTRICT COURT

The foregoing Writ it hereby allowed.
Dated at Bridgeport, Connecticut,
this \_\_\_\_\_ day of _____.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

STATE OF CONNECTICUT   )

COUNTY OF FAIRFIELD    )

ss: Bridgeport, CT   January 31, 2006

    Personally appeared before me, Stephen B. Reynolds, Assistant United States Attorney, District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
FELICE M. DUFFY
ASSISTANT UNITED STATES ATTORNEY
COMMISSIONER OF THE SUPERIOR COURT