FILED
2008 MAR 10 P 12:03
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. 3:00CR263 (JCH) |
| Plaintiff | : | |
| v. | : | |
| | : | |
| DAVID M. BURDEN, (DMX), | : | MARCH 6, 2008 |
| Defendant | | |

## NOTICE OF MANUAL FILING

Please take notice that Attorney Timothy P. Aspinwall, counsel for defendant, DAVID M. BURDEN, has manually filed the MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 §3582(c)(2) AND 1B1.10 OF THE SENTENCING GUIDELINES.

This document has not been filed electronically because:

1. The documents cannot be converted to an electronic format.

2. Documents cannot be converted to PDF format.

[ ]   Defendant is excused from electronically filing these documents by court order.

THE DEFENDANT, DAVID M. BURDEN

By: _____
Attorney Timothy P. Aspinwall – ct #03452
3200 Main Street
Stratford, CT 06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

4

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date first hereinabove written, to the following:

**Original sent to:**

Clerk, U. S. District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

**Copy sent to:**

Judge Janet C. Hall
U. S. District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Assistant U. S. Attorney Robert M. Appleton
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

David M. Burden – Inmate #14231-014
Federal Correctional Institution
P.O. Box 1000
Otisville, NY  10963

Timothy P. Aspinwall