ASPINWALL & ASPINWALL

ATTORNEYS AND COUNSELORS AT LAW

3200 MAIN STREET

STRATFORD, CONNECTICUT 06614

(203) 377-7348

FAX (203) 378-1836

atty.aspinwall@sbcglobal.net

July 17, 2008

Assistant U. S. Attorney Stephen B. Reynolds
United States Attorney's Office
157 Church Street – 23rd Floor
New Haven, CT 06510

Re: U.S.A. v. David M. Burden

Dear Steve:

I am in receipt of your response to David M. Burden's Motion for Modification Pursuant to 18 U.S.C. § 3582(c).

Mr. Burden agrees with your position that the issue of modification should be decided after the Appellate Court has ruled on its opinion. I, therefore, will not file a response to your July 15th Memorandum.

Very truly yours,

Timothy P. Aspinwall

TPA:smb

Copies to:
Hon. Janet C. Hall
U. S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

David M. Burden
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, New Jersey 08640